UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JAHROD KEARNEY                    SBI: 115173D

## PETITION FOR WRIT OF HABEAS CORPUS

1. JAHROD KEARNEY, is now confined at Mountainview Youth Correctional Facility, 31 Petticoat Lane, Annandale, New Jersey 08801.

2. Said individual will be required at Newark, New Jersey, before the Hon. Stanley R. Chesler, United States District Judge, **on Tuesday, January 25th, 2011, at 11:30 a.m.**, for a **Sentencing**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: January 13th, 2011

RODNEY VILLAZOR
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.

DATED: 1/13/2011, 2011

HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of Mountainview Youth Correctional Facility, New Jersey

WE COMMAND YOU that you have the body of

### JAHROD KEARNEY

now confined at the Mountainview Youth Correctional Facility, Annandale, New Jersey, be brought before the United States District Court, the Hon. Stanley R. Chesler, U.S. District Judge, in the Frank R. Lautenberg U.S. Post Office and Courthouse, Federal Square, Newark, New Jersey 07102, on Tuesday, January 25th, 2010, at 11:30 a.m., so that he may appear for a **Sentencing** in the above-captioned matter.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey

DATED: 1/13/2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk